SILAS A. BIRDSONG and Others, Copartners, etc., Respondents, v. SHIPPERS COMMERCIAL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GRACE H. CASSIDY, Respondent, v. EDWARD CHASE CROWLEY, Individually and as Trustee, etc. GRACE H. CASSIDY, Respondent, v. ABNER W. CASSIDY and Another, Impleaded with EDWARD CHASE CROWLEY, Individually and as Trustee, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EDYTHE G. PIERCE, Respondent, v. CARL H. PIERCE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

---

## SECOND DEPARTMENT, FEBRUARY, 1920.

SOPHIA DECHTEROW, Appellant, v. AUSTIN, NICHOLS & COMPANY, INC., and Others, Respondents.— It appearing that the County Court has directed the appeal record to be corrected, no further steps can be taken on the present appeal until the proper record is filed here by the appellant. Respondents will then have the usual time to serve their brief. Motion for stay is rendered unnecessary by the subsequent order of the County Court. Present — Putnam, Blackmar, Kelly and Jaycox, JJ.

CONSTANCE A. MACKINNEY, Respondent, v. EDUARDO HIGGINSON and Another, as Executors, etc., and Others, Appellants, and Others, Defendants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Putnam, Blackmar, Kelly and Jaycox, JJ.

P. T. McDERMOTT, INC., Respondent, v. LAWYERS MORTGAGE COMPANY, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Stay, however, continued under the undertaking furnished for thirty days to enable the application to be made to the Court of Appeals. Present — Putnam, Blackmar, Kelly and Jaycox, JJ.

THOMAS O'CONNOR, Respondent, v. JOHN O'CONNOR, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Putnam, Blackmar, Kelly and Jaycox, JJ.